Peter I. Ostroff, SBN 45718
postroff@sidley.com
Amy P. Lally, SBN 198555
alally@sidley.com
Ellen S. Robbins, SBN 298044
erobbins@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant
Microsoft Corporation

*Denied for good cause shown.*

*[signature]*
*10-30-2015*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND PIETZAK and ERIN HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION and HELLOWORLD, INC.,<br><br>Defendants. | Case No. 2:15-cv-05527-R-JEMx<br><br>Before Hon. Manuel L. Real<br><br>CLASS ACTION<br><br>**ORDER DENYING STIPULATION RE AGREEMENT FOR FILING OF AMENDED COMPLAINT** |

STIPULATION RE AGREEMENT FOR FILING OF AMENDED COMPLAINT

1   This Stipulation is made and entered into between Plaintiffs Edmund Pietzak
2   and Erin Hudson ("Plaintiffs") and Defendants Microsoft Corporation ("Microsoft")
3   and HelloWorld, Inc. ("HelloWorld"), by and through their respective counsel, with
4   reference to each of the following:
5   WHEREAS, on July 27, 2015, Plaintiffs filed a Class Action Complaint against
6   Defendants;
7   WHEREAS, on September 23, 2015, Microsoft filed a Notice of Motion and
8   Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure
9   12(b)(1) and 12(b)(6);
10  WHEREAS, also on September 23, 2015, HelloWorld filed a Notice of Motion
11  and Motion to Dismiss Plaintiffs' Complaint or, in the Alternative, to Stay the Matter,
12  in which Microsoft joined (Microsoft's and HelloWorld's September 23 motions
13  collectively referred to as the "Motions");
14  WHEREAS, on October 26, 2015, Plaintiffs' Opposition(s) to the Motions are
15  due to be filed with this Court;
16  WHEREAS, on November 2, 2015, Defendants' respective Replies to
17  Plaintiffs' Opposition(s) are due to be filed with this Court;
18  WHEREAS, on November 16, 2015, the hearing on the Motions is currently
19  scheduled to take place before this Court ("Hearing Date");
20  WHEREAS, Plaintiffs intend to file a First Amended Complaint ("FAC") on or
21  before the Hearing Date;
22  WHEREAS, Defendants consent to the filing of an FAC on or before the
23  Hearing Date;
24  WHEREAS, Defendants anticipate that they may each respectively move to
25  dismiss the FAC;
26  WHEREAS, the parties will file a stipulation for leave to file an FAC on or
27  before the Hearing Date and, to conserve resources and in the interest of judicial
28  economy, will request that HelloWorld's pending alternative motion to stay be taken

STIPULATION RE AGREEMENT FOR FILING OF AMENDED COMPLAINT

off calendar without prejudice to being re-noticed for the same date and time as Defendants' anticipated motions to dismiss the FAC;

WHEREAS, the parties represent that this Stipulation is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

THEREFORE, the parties, through their undersigned counsel, hereby agree and stipulate to the foregoing and hereby provide notice to the Court of their intentions.

SO STIPULATED.

Dated: October 22, 2015          OLAVI DUNNE LLP


                                 By: */s/ Daniel P. Hipskind*
                                     Daniel P. Hipskind
                                     Attorneys for Plaintiffs
                                     Edmund Pietzak and Erin Hudson



Dated: October 23, 2015          SIDLEY AUSTIN LLP


                                 By: */s/ Amy P. Lally*
                                     Amy P. Lally
                                     Attorneys for Defendant
                                     Microsoft Corporation



Dated: October 23, 2015          SHEPPARD, MULLIN, RICHTER, & HAMPTON LLP


                                 By: */s/ Fred R. Puglisi*
                                     Fred R. Puglisi
                                     Attorneys for Defendant
                                     HelloWorld, Inc.