OLAVI DUNNE LLP
Daniel P. Hipskind, CA State Bar No. 266763
Dorian S. Berger, CA State Bar No. 264424
1880 Century Park East, Ste. 815
Los Angeles, California 90025
Telephone: 213-516-7900
Facsimile: 213-516-7910
Email: dhipskind@olavidunne.com
Email: dberger@olavidunne.com

OLAVI DUNNE LLP
Matt Olavi, CA State Bar No. 265945
Brian J. Dunne, CA State Bar No. 275689
816 Congress Ave., Ste. 1620
Austin, Texas 78701
Telephone: 512-717-4485
Facsimile: 512-717-4495
E-mail: molavi@olavidunne.com
E-mail: bdunne@olavidunne.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND PIETZAK and ERIN HUDSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MICROSOFT CORPORATION and HELLOWORLD, INC., <br><br> Defendants. | Case No. 2:15-cv-05527 -R-JEMx <br><br> Before Hon. Manuel L. Real <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiffs EDMUND PIETZAK and ERIN HUDSON, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Granting Defendant Microsoft's Motion to Dismiss and Defendant HelloWorld's Joinder (Dkt. No. 31, dated November 17, 2015 and entered November 18, 2015) (the "dismissal order"), as well as the District Court's Order Denying Stipulation Re Agreement for Filing of Amended Complaint (Dkt. No. 22, dated October 13, 2015 and entered November 5, 2015) made final upon entry of the dismissal order.

DATED: December 10, 2015         Respectfully submitted,

OLAVI DUNNE LLP


By: */s/ Brian J. Dunne*
Brian J. Dunne
*Attorneys for Plaintiffs*
EDMUND PIETZAK and ERIN HUDSON, individually and on behalf of all others similarly situated

**REPRESENTATION STATEMENT**

The undersigned represents DANIEL PIETZAK and ERIN HUDSON, individually and on behalf of all others similarly situated, the Plaintiff/Appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, identifying counsel by their name, law firm, address, telephone number, and e-mail address. (F.R.A.P. 12(b); Circuit Rule 3-2(b)).

DATED: December 10, 2015      Respectfully submitted,

OLAVI DUNNE LLP

By: */s/ Brian J. Dunne*
Brian J. Dunne
*Attorneys for Plaintiffs*
EDMUND PIETZAK and ERIN HUDSON, individually and on behalf of all others similarly situated

**SERVICE LIST FOR REPRESENTATION STATEMENT**

Plaintiffs / Appellants:

    EDMUND PIETZAK, individually and on behalf of all others similarly situated
    ERIN HUDSON, individually and on behalf of all others similarly situated

Counsel for Plaintiffs / Appellants

    Daniel P. Hipskind, CA State Bar No. 266763
    Dorian S. Berger, CA State Bar No. 264424
    OLAVI DUNNE LLP
    1880 Century Park East, Ste. 815
    Los Angeles, CA 90025
    Telephone: 213-516-7900
    Facsimile: 213-516-7910
    Email: dhipskind@olavidunne.com
    Email: dberger@olavidunne.com

    Matt Olavi, CA State Bar No. 265945
    Brian J. Dunne, CA State Bar No. 275689
    OLAVI DUNNE LLP
    816 Congress Ave., Ste. 1620
    Austin, TX 78701
    Telephone: 512-717-4485
    Facsimile: 512-717-4495
    E-mail: molavi@olavidunne.com
    E-mail: bdunne@olavidunne.com

Defendants / Appellees

    MICROSOFT CORPORATION
    HELLOWORLD, INC.

Counsel for Defendant / Appellee Microsoft Corporation

    Ellen S. Robbins
    Peter I. Ostroff
    Amy P. Lally
    SIDLEY AUSTIN LLP
    555 West 5th St. Suite 4000
    Los Angeles, CA 90013
    Telephone: 213-896-6000
    Fascimile: 213-896-6600
    Email: erobbins@sidley.com
    Email: postroff@sidley.com
    Email: alally@sidley.com

Case 2:15-cv-05527-R-JEM   Document 36   Filed 12/10/15   Page 5 of 6   Page ID #:687

1  <u>Counsel for Defendant / Appellee HelloWorld, Inc.:</u>

2  Fred R. Puglisi
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  1901 Avenue of the Stars, Suite 1600
   Los Angeles, CA 90067-6055
4  Telephone:  310.228.3700
   Fascimile:  310.228.3701
5  Email:  fpuglisi@sheppardmullin.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF APPEAL                                CASE NO. 2:15-CV-05527-R-JEMx

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that I served the attached NOTICE OF APPEAL and REPRESENTATION STATEMENT in the foregoing case upon the parties listed below on <u>December 10, 2015</u>, by electronically filing the foregoing documents in accordance with the protocols for e-filing in this district, and the documents will be served pursuant to Rule 5 of the Federal Rules of Civil Procedure on all counsel of record who have consented to electronic notification via CM/ECF.

Ellen S. Robbins
Peter I. Ostroff
Amy P. Lally
SIDLEY AUSTIN LLP
555 West 5th St. Suite 4000
Los Angeles, CA 90013
Telephone:  213-896-6000
Fascimile:  213-896-6600
Email:  erobbins@sidley.com
Email:  postroff@sidley.com
Email:  alally@sidley.com
*Attorneys for Defendant / Appellee Microsoft Corporation*

Fred R. Puglisi
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Fascimile:  310.228.3701
Email:  fpuglisi@sheppardmullin.com
*Attorney for Defendant / Appellee HelloWorld, Inc.*

  */s/ Brian J. Dunne*
Brian J. Dunne
*Attorney for Plaintiffs*