FILED

AUG 02 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDMUND PIETZAK, individually and on behalf of all others similarly situated and ERIN HUDSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>MICROSOFT CORPORATION and HELLOWORLD, INC.,<br><br>　　　　Defendants-Appellees. | No.　15-56900<br><br>D.C. No. 2:15-cv-05527-R-JEM<br>Central District of California, Los Angeles<br><br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 20) is granted. Fed. R. App. P. 42(b).

The parties agree to bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT:


　　　　　　　　　　　　　　　　By: Peter W. Sherwood
　　　　　　　　　　　　　　　　Circuit Mediator

PWS/Mediation